1
ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
2
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
3
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
4
HANDAL & ASSOCIATES
750 B Street, Suite 2510
5
San Diego, California 92101
Tel: 619.544.6400
6
Fax: 619.696.0323

7
Attorneys for Plaintiff
8
e.Digital Corporation

9

10              UNITED STATES DISTRICT COURT

11            SOUTHERN DISTRCICT OF CALIFORNIA

12
e.Digital Corporation,

13         Plaintiff,                    **COMPLAINT FOR PATENT
                                         INFRINGEMENT**
14         v.
                                         **DEMAND FOR JURY TRIAL**
15
Acer America Corporation,                '15CV144  BTM DHB
16         Defendant.

17

18         Plaintiff e.Digital Corporation ("e.Digital" or "Plaintiff"), by and through its

19   undersigned counsel, complains and alleges against Defendants Acer America

20   Corporation ("Defendant" or "Acer") as follows:

21                        **NATURE OF THE ACTION**

22         1.     This is a civil action for infringement of a patent arising under the

23   laws of the United States relating to patents, 35 U.S.C. § 101, *et seq.*, including,

24   without limitation, 35 U.S.C. §§ 271, 281.  Plaintiff e.Digital seeks a preliminary

25   and permanent injunction and monetary damages for the infringement of its U.S.

26   Patent No. 5,839,108.

27                      **JURISDICTION AND VENUE**

28

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-1-
*COMPLAINT*

2.     This court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the patent laws of the United States of America, 35 U.S.C. § 101, *et seq.*

3.     Venue properly lies within the Southern District of California pursuant to the provisions of 28 U.S.C. §§ 1391(b), (c), and (d) and 1400(b).  On information and belief, Defendant conducts substantial business directly and/or through third parties or agents in this judicial district by selling and/or offering to sell the infringing products and/or by conducting other business in this judicial district.   Furthermore, Plaintiff e.Digital is headquartered and has its principal place of business in this district, engages in business in this district, and has been harmed by Defendant's conduct, business transactions and sales in this district.

4.     This Court has personal jurisdiction over Defendant because, on information and belief, Defendant transacts continuous and systematic business within the State of California and the Southern District of California.  In addition, this Court has personal jurisdiction over the Defendant because, on information and belief, this lawsuit arises out of Defendant's infringing activities, including, without limitation, the making, using, selling and/or offering to sell infringing products in the State of California and the Southern District of California.  Finally, this Court has personal jurisdiction over Defendant because, on information and belief, Defendant has made, used, sold and/or offered for sale its infringing products and placed such infringing products in the stream of interstate commerce with the expectation that such infringing products would be made, used, sold and/or offered for sale within the State of California and the Southern District of California.

5.     Upon information and belief, certain of the products manufactured by Defendant have been and/or are currently sold and/or offered for sale to consumers including, but not limited to, Acer's website located at http://store.acer.com/store?Action=DisplayHomePage&Locale=en_US&SiteID=ac

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*

1   eramer which is available to consumers located within the State of California.

2                     **PARTIES**

3       6.    Plaintiff e.Digital is a Delaware corporation with its headquarters and

4   principal place of business at 16870 West Bernardo Drive, Suite 120, San Diego,

5   California 92127.

6       7.    Upon information and belief, Defendant Acer America Corporation is

7   a corporation registered and lawfully existing under the laws of the State of

8   California, with an office and principal place of business located at 333 West San

9   Carlos Street, Suite 1500, San Jose, CA 95110.

10              **THE ASSERTED PATENT**

11       8.    On November 17, 1998, the United States Patent and Trademark

12   Office duly and legally issued United States Patent No. 5,839,108 ("the '108

13   patent") entitled "Flash Memory File System In A Handheld Record And Playback

14   Device," to its named inventors Norbert P. Daberko and Richard K. Davis.

15   Plaintiff e.Digital is the assignee and owner of the entire right, title and interest in

16   and to the '108 patent and has the right to bring this suit for damages and other

17   relief.  A true and correct copy of the '108 patent is attached hereto as Exhibit A.

18                 **COUNT ONE**

19     **INFRINGEMENT OF THE '108 PATENT BY DEFENDANT**

20       9.    Plaintiff re-alleges and incorporates by reference each of the

21   allegations set forth in paragraphs 1 through 8 above.

22       10.   The accused products include but are not limited to Defendant's

23   products that utilize Flash Memory Storage including but not limited to its line of

24   tablets and PCs. A primary and substantial function of the accused products is to

25   process information and write electronic data to and store such data in electronic

26   format in non-volatile flash memory utilizing embedded memory ("eMMC"), SD

27   card memory and/or SSD memory.  The accused products include but are not

28   limited to Defendants' line of tablets that utilize flash memory.  The accused

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-3-

*COMPLAINT*

products also include its Computer models including but not limited to its Aspire products that utilize flash memory.

11.   Defendant has directly and indirectly infringed and is directly and indirectly infringing Claim 1 of the '108 patent in violation of 35 U.S.C. § 271, *et seq.*, by making, using, offering for sale, selling in the United States and/or importing into the United States without authority, the accused products identified above.  Claim 1 of the '108 patent teaches a method of memory management for a non-volatile storage medium. The method comprises several steps, which generally involves, without limitation, writing electronic data segments from volatile, temporary memory to a non-volatile, long-term storage medium by linking data segments according to a number of specified steps.

12.   Plaintiff alleges that at least as of the date of the filing of the originally filed complaint in this matter, if not sooner, Defendant knew or should have known of the existence of Claim 1 of the '108 patent and the fact that the accused products infringe said Claim 1.

13.   Plaintiff alleges that Defendant sold, sells, offers to sell, ships, or otherwise delivers the accused products to customers or end-users with all the features required to infringe Claim 1 of the '108 patent.  Upon information and belief, Defendant knows that the accused products infringe Claim 1 of the '108 patent and intends to induce third parties to include its customers and end-users to also infringe Claim 1 of the '108 patent.

14.   Upon information and belief, the accused products, alone or in combination with other products, directly or, alternatively, under the doctrine of equivalents practice each of the limitations of independent Claim 1 of the '108 patent when they are used for their normal and intended purpose of writing to and storing electronic data on non-volatile memory. Thus, Defendant directly infringes Claim 1 of the '108 patent in violation of 35 U.S.C. § 271(a) when it demonstrates, tests or otherwise uses the accused products in the United States.

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-4-

*COMPLAINT*

15.    By  way  of  example,  certain  website(s)  publish  the  Defendants'  descriptions  of  the  specifications,  features  and  functionality  of  the  accused  products  which  disclose  the  use  of  eMMC, SD, SSD  or  other  flash  memory.  An  example  can  be  found  on  the  Internet[1]  where  upon  information  and  belief,  consumers  and  end-users  are  provided  information  concerning  how  to  use  of  the  accused  products  in  a  way  that  infringes  Claim  1.  Such  conduct  evidences  Defendant's  act  of  direct  infringement  of  Claim  1  of  the  '108  patent.

16.    Plaintiff  also  alleges  on  information  and  belief  that  Defendant  uses,  makes, sells, offers to sell and/or imports the accused products knowing that they  will  be  used  by  its  customers  and  end-users  for  writing  and  storing  electronic  data  to  non-volatile  memory  utilizing  the  steps  described  in  Claim  1  of  the  '108  patent  utilizing  eMMC, SD, SSD  or  flash  memory.    Defendant's  product  literature,  videos, blogs, articles, instructional materials, and/or instructional videos advertise  and  encourage  customers  to  use  the  accused  product(s)  knowing  that  the  accused  products  utilize  the  methods  of  memory  management  taught  by  Claim  1  of  the  '108  patent  and  in  a  manner  it  knows  infringes  upon  Claim  1  of  the  '108  patent.

17.    Defendant  also  provides  operating  manuals,  user  or  guides,  instructional,  or  other  instructional  and/or  informational  material  that  instruct  customers  and  end-users  on  how  to  connect  the  accused  products  and  use  them  as  non-volatile  storage  devices  for  electronic  data.    Among  other  things,  Defendant's  informational  materials  lay  out  step-by-step  instructions  on  how  to  write  data  into

---

[1] http://us.acer.com/ac/en/US/press/2014/81620

http://us.acer.com/ac/en/US/search?q=ssd

http://us.acer.com/ac/en/US/search?q=flash

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-5-

*COMPLAINT*

the memory of the accused products – a process that utilizes the method disclosed in Claim 1 of the '108 patent and which Defendant knows (at the least as of the filing of the original complaint if not sooner) infringes the method taught in Claim 1 of the '108 patent. Plaintiff believes that Defendant directs consumers and end-users to consult and utilize such instructional material.

18.    Plaintiff believes and thereupon alleges that Defendant is aware that its customers and end-users are using the accused products in an infringing manner based on, among other things, the fact that Defendant encourages its customers and end-users to use the accused products in an infringing manner as set forth in the preceding Paragraphs.

19.    As alleged above, incorporated herewith, and based upon information and belief, Plaintiff alleges that Defendant, without authority, has induced and continues to induce infringement of the '108 patent in violation of 35 U.S.C. § 271(b) inasmuch as:

    a.  The accused products infringe Claim 1 during the normal use of the accused products by Defendant's customers and/or end-users;

    b.  Defendant has known and has been continuously aware of the '108 patent since at least the filing of the original complaint in this action, if not sooner;

    c.  Defendant has acted in a manner that encourages and continues to encourage others to infringe Claim 1 of the '108 patent by, among other things, intentionally instructing and/or encouraging customers and end-users to use the accused products in a manner that Defendant knows or should have known would cause them to infringe the '108 patent;

    d.  Defendant sells, distributes, and supplies the accused products to customers and end-users with the intent that the products be used in an infringing manner;

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-6-

*COMPLAINT*

e. Defendant provides operating manuals, guides, instructional and/or informational videos, or other instructional and/or informational material designed to instruct customers and end-users to use the products in an infringing manner; and,

f. Defendant advertises, markets, and promotes the use of the accused products in an infringing manner.

20. As alleged above, incorporated herewith, and based upon information and belief, Plaintiff alleges that Defendant has contributed and continues to contribute to the infringement of Claim 1 of the '108 patent in violation of 35 U.S.C. § 271(c) inasmuch as:

a. The accused products infringe Claim 1 of the '108 patent during the normal use of the accused products by Defendant's customers and/or end-users;

b. Defendant has known and has been continuously aware of the '108 patent since at least the filing of the original complaint in this action, if not sooner;

c. Defendant imports into the United States, sells and/or offers to sell within the United States products that (a) practice the method of memory management of Claim 1 of the '108 patent; and, (b) Defendant knows that the same constitute material infringing component(s) of the accused products, which were made and/or especially adapted for use in the accused products;

d. The memory management component(s) and methods of the accused products are not staple articles of commerce suitable for substantial non-infringing use with respect to the '108 patent; and,

e. Defendant sells, has sold, and/or has supplied the accused products knowing of Plaintiff's '108 patent and knowing that the accused products incorporate Plaintiff's patented method and/or

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*COMPLAINT*

were specially adapted for use in a way which infringes the '108 patent.

21.     As alleged above, Plaintiff alleges that Defendant had notice of the '108 patent and knowledge of infringement of Claim 1 of the '108 patent since at least the filing of the original complaint in this matter, if not sooner. Defendant has and continues to sell products that practice the '108 patent after acquiring knowledge of infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1.     That Defendant be declared to have infringed the Patent-in-Suit;

2.     That Defendant, Defendant's officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the Patent-in-Suit, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within and without the United States;

3.     Compensation for all damages caused by Defendant's infringement of the Patent-in-Suit to be determined at trial;

4.     A finding that this case is exceptional and an award of reasonable attorneys fees pursuant to 35 U.S.C. § 285;

5.     Granting Plaintiff pre-and post-judgment interest on its damages, together with all costs and expenses; and,

6.     Awarding such other relief as this Court may deem just and proper.

### HANDAL & ASSOCIATES

Dated: January 21,2015

By:  /s/Anton N. Handal
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-8-

*COMPLAINT*

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff hereby demands a trial by jury on all claims.

3

**HANDAL & ASSOCIATES**

4

Dated: January 21, 2015

By:  /s/Anton N. Handal

5

Anton N. Handal

6

Pamela C. Chalk
Gabriel G. Hedrick

7

Attorneys for Plaintiff
e.Digital Corporation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-9-

*COMPLAINT*

1

**CERTIFICATE OF SERVICE**

2    The undersigned hereby certifies that a true and correct copy of the

3  foregoing document has been served on this date to all counsel of record, if any to

4  date, who are deemed to have consented to electronic service via the Court's

5  CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by

6  electronic mail, facsimile and/or overnight delivery upon their appearance in this

7  matter.

8    I declare under penalty of perjury of the laws of the United States that the

9  foregoing is true and correct.  Executed this 21st day of January, 2015 at San

10  Diego, California.

11

12                              **HANDAL & ASSOCIATES**

13  Dated:  January 21, 2015     By:  /s/Anton N. Handal

14                                   Anton N. Handal
                                     Pamela C. Chalk
                                     Gabriel G. Hedrick
15                                   Attorneys for Plaintiff
                                     e.Digital Corporation
16

17

18

19

20

21

22

23

24

25

26

27

28

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-10-

*COMPLAINT*