|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| e.Digital Corporation, | Civil No. | 15cv135 H (BGS) |
| Plaintiff, | | 15cv141 H (BGS) |
| | | 15cv144 H (BGS) |
| | | 15cv314 H (BGS) |
| v. | | |
| | **NOTICE AND ORDER SETTING A CASE MANAGEMENT CONFERENCE RE: DISCOVERY FOR ALL CASES CONSOLIDATED BY THE COURT'S MAY 12, 2015 ORDER** | |
| LENOVO (UNITED STATES) INC., | | |
| Defendant. | | |

e.Digital Corporation,

                    Plaintiff,

      v.

SPANSION, INC.; MOUSER ELECTRONICS, INC.,

                    Defendant.

e.Digital Corporation,

                    Plaintiff,

      v.

ACER AMERICA CORPORATION,

                    Defendant.

|   |
|---|
| e.Digital Corporation, |
| Plaintiff, |
| v. |
| SMART MODULAR TECHNOLOGIES, INC., |
| Defendants. |

In keeping with the consolidation of the various e.Digital cases by the Honorable Marilyn L. Huff,[1] the Court will hold a **_JOINT IN-PERSON_** Early Neutral Evaluation of the following cases: 15cv135 H (BGS) - e.Digital v. Lenovo; 15cv141 H (BGS) - e.Digital v. Spansion, *et al.;* 15cv144 H (BGS) - e.Digital v. Acer America Corp.; and 15cv314 H (BGS) - e.Digital v. Smart Modular Technologies, Inc.

**The in-person ENE/Discovery CMC shall be held for ATTORNEYS-ONLY on <u>June 24, 2015 at 10:00 a.m.</u> in Courtroom 1B, 221 West Broadway, San Diego, CA 92101.**

The parties are hereby advised that the May 12, 2015 Scheduling Order issued by the Honorable Marilyn L. Huff is the controlling Scheduling Order as to the dates and deadlines with which the parties must comply during the course of each of the consolidated cases. [*See* Consolidated Scheduling Order at ECF No. 27.] Accordingly, there is **_<u>no need</u>_ for the parties to submit a proposed scheduling order to Judge Skomal.**

The Court **HEREBY REQUIRES** all parties in these consolidated cases to enter into the Court's model patent protective order and model ESI order.

At the in-person ENE/CMC re: discovery on June 24, 2015, the Court will discuss its protocol for discovery disputes with the parties. In advance of the

---

[1] *See* Lead Case No. 15cv135 H (BGS), *e.Digital Corp. v. Lenovo (United States) Inc.* at ECF No. 27.

conference, the parties **are ORDERED to file one joint statement <u>no later than June 19, 2015</u>** which addresses their positions on: (1) handling of any privilege issues that may arise; (2) numerical limits on written discovery; (3) numerical limits on fact and expert depositions; and (4) numerical limits on the discovery motions to be filed.   The consolidated defendants are **ORDERED** to present ONE collectively agreed upon position in the joint statement.  Defendants are also **ORDERED** to designate in the joint statement their lead counsel for the purpose of communicating with the court and coordinating communication between the parties as regards discovery.  The Court will address these issues at the discovery conference.

**IT IS SO ORDERED.**

DATED:  June 2, 2015

*[signature]*
Hon. Bernard G. Skomal
U.S. Magistrate Judge
United States District Court