ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
750 B. Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

Michael C. Ting (SBN 247610)
mting@tklg-llp.com
Ken K. Fung (SBN 283854)
kfung@tklg-llp.com
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 517-5200
Facsimile: (650) 226-3133

Attorneys for Defendant
Acer America Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| e.Digital Corporation, | Case No. 3:15-cv-00144-H-BGS |
|---|---|
| Plaintiff, | **JOINT MOTION RE: STIPULATED ORDER OF DISMISSAL AS TO ALL CLAIMS AGAINST DEFENDANT ACER AMERICA CORPORATION** |
| v. | |
| Acer America Corporation, | |
| Defendants. | **Assigned to the Honorable Judge Marilyn Huff** |
| | **Courtroom 15A (15th Floor - Annex)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

**HANDAL & ASSOCIATES**
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

1    Plaintiff e.Digital Corporation ("Plaintiff") and Defendant Acer America

2  Corporation ("Acer" or "Defendant") hereby present this joint stipulation and

3  notice of dismissal. Plaintiff and Defendant are referred to collectively hereafter as

4  the "Parties."

5    WHEREAS, Acer is the only defendant in this action; and,

6  WHEREAS, Defendant Acer filed an answer (Docket # 16) to the Complaint

7  (Docket #1) on or about April 2, 2015, but did not assert any counterclaims.

8    The Parties hereby stipulate and agree as follows:

9    1)    e.Digital Corporation hereby voluntarily dismisses all claims brought

10         in this matter against Defendant Acer WITHOUT PREJUDICE; and,

11   2)    e.Digital Corporation and Acer shall each bear their own costs and

12         attorneys' fees with respect to one another in this matter.

13    Thus, it is thereby respectfully requested, in accordance with Federal Rules

14  of Civil procedure 41(a)(1)-(2), that the Court enter an order as follows:

15   1)    e.Digital Corporation's claims brought in this matter against

16         Defendant Acer are dismissed WITHOUT PREJUDICE; and,

17   2)    e.Digital Corporation and Acer shall each bear their own costs and

18         attorneys' fees with respect to one another in this matter.

19    Pursuant to Local Civil Rule 7.2, the parties hereto will separately submit a

20  Proposed Order granting the relief requested.

21                              **HANDAL & ASSOCIATES**

22

23  Dated: July 13, 2015          By:    /s/ Pamela C. Chalk
                                          Anton N. Handal
                                          Pamela C. Chalk
24                                        Gabriel G. Hedrick
                                          Attorneys for Plaintiff
25                                        e.Digital Corporation

26

27

28

*HANDAL & ASSOCIATES*
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE: DISMISSAL*                    -2-                    Case No. 3:15-CV-00144-H-BGS

1

2   Dated:  July 13, 2015

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TECHKNOWLEDGE LAW GROUP LLP

By:   /s/ Michael C. Ting
      Michael C. Ting
      Ken K. Fung
      Attorneys for Defendant Acer America
      Corporation

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*JOINT MOTION RE: DISMISSAL*

-3-

Case No. 3:15-CV-00144-H-BGS

## ATTESTATION OF E-FILED SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Pamela C. Chalk, attest that Michael C. Ting, signatory, has read and approved the foregoing and consents to its filing in this action.


By  /s/Pamela C. Chalk

Pamela C. Chalk

*HANDAL & ASSOCIATES*
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-4-

*JOINT MOTION RE: DISMISSAL*                    Case No. 3:15-CV-00144-H-BGS

1

**CERTIFICATE OF SERVICE**

2        The undersigned hereby certifies that a true and correct copy of the

3  foregoing document has been served on this date to all counsel of record, if any to

4  date, who are deemed to have consented to electronic service via the Court's

5  CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by

6  electronic mail, facsimile and/or overnight delivery upon their appearance in this

7  matter.

8        I declare under penalty of perjury of the laws of the United States that the

9  foregoing is true and correct.  Executed this 13th day of July, 2015 at San Diego,

10  California.

11

12                              **HANDAL & ASSOCIATES**

13  Dated:  July 13, 2015

14                          By:  /s/Pamela C. Chalk_____
                                 Anton N. Handal
15                               Pamela C. Chalk
                                 Gabriel G. Hedrick
16                               Attorneys for Plaintiff
                                 e.Digital Corporation
17

18

19

20

21

22

23

24

25

26

27

28

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*JOINT MOTION RE: DISMISSAL*                -5-                Case No. 3:15-CV-00144-H-BGS